83,401-01    8/30/15

Dear Abel Acosta, (Clerk of Texas Court Criminal Appeals)

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015

My name is Brian Douglas Hill. ~~Abel Acosta, Clerk~~ incarcerated at the Ellis Unit in Huntsville, Texas (Texas Department of Criminal Justice). I have in ~~your~~ the Court of Criminal Appeals a ~~matter~~ Writ of Mandamus or Motion to leave under Cause ~~No. 8~~ WR-83,401-01 pertaining to a 11.07 Habeous Corpus ~~no.~~ #1238827A. I would like to Request the ~~a~~ <u>Case docket sheet</u> to both these case ~~no~~ numbers WR 83,401-01 and #12388271 Writ of Habeous Corpus stating or showing All preceedings or filings I have made before the Court of Criminal Appeals, in those matters.

Thank you!
Brian D. Hill #1681080

My Return Address is:

Brian Douglas Hill #1681080
Ellis Unit
1697 Fm 980
Huntsville, Texas 77343